Andrew G. POTTS, Plaintiff/Appellant,

v.

ST. JOHN'S LUTHERAN CHURCH,
Defendant/Respondent.

No. 74232.

Missouri Court of Appeals,
Eastern District,
Division Two.

Nov. 10, 1998.

Daniel L. Mohs, St. Charles, for appellant.

Cheryl Callis, Kortenhof & Ely, St. Louis, for respondent.

Before JAMES R. DOWD, P.J., and CRAHAN and RICHARD B. TEITELMAN, JJ.

### ORDER

PER CURIAM.

Plaintiff appeals the entry of summary judgment in favor of defendant in his negligence action for damages suffered when he was attacked by an unknown third person in defendant's parking lot. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extend-

ed opinion would have no precedential value. The judgment is affirmed pursuant to Rule 84.16(b).